### UNITED STATES JUDICIAL PANEL
#### on
### MULTIDISTRICT LITIGATION

**IN RE: DEPO−PROVERA (DEPOT
MEDROXYPROGESTERONE ACETATE)
PRODUCTS LIABILITY LITIGATION**                    **MDL No. 3140**

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On February 7, 2025, the Panel transferred 27 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of February 7, 2025, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 19, 2025**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

**CERTIFIED A TRUE COPY**
**Jessica J. Lyublanovits**, Clerk of Court

By    *Donna Bazile*
**Deputy Clerk**

FILED USDC FLND PN
FEB 19 '25 AM10:20

**IN RE: DEPO−PROVERA (DEPOT
MEDROXYPROGESTERONE ACETATE)
PRODUCTS LIABILITY LITIGATION**                                          MDL No. 3140


### SCHEDULE CTO−1 − TAG−ALONG ACTIONS


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 24−10679 | Cynthia Alves v. Pfizer Inc. et al |
| CAC | 2 | 24−10879 | Melissa Garner−Lee et al v. Pfizer, Inc. et al |
| CAC | 2 | 25−00118 | Aminah Harp v. Pfizer Inc., et al |
| CAC | 2 | 25−00324 | Geraldlyn Sam v. Pfizer, Inc. et al |
| CAC | 2 | 25−00607 | Makishia Greeno v. Pfizer, Inc. et al |
| CAC | 5 | 24−02626 | Dusty Carroll v. Pfizer Inc. et al |
| CAC | 5 | 24−02648 | Tiffany Campana v. Pfizer Inc. et al |
| CAC | 5 | 24−02661 | Sheila Weekley et al v. Pfizer Inc. et al |
| CAC | 5 | 25−00167 | Margaux Togstad v. Pfizer Inc. et al |
| CAC | 5 | 25−00189 | Patricia Partida v. Pfizer Inc. et al |
| CAC | 5 | 25−00194 | Dae Monicka Holiness v. Pfizer Inc. et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 24−01511 | Lowery v. Pfizer, Inc. et al |
| CAE | 1 | 25−00086 | Robles−Gonzalez v. Pfizer, Inc., et al. |
| CAE | 2 | 24−03441 | Hudson v. Pfizer Inc. et al |
| CAE | 2 | 25−00041 | Dunson v. Pfizer Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 25−00687 | Surmick v. Pfizer Inc. et al |
| CAN | 3 | 25−00799 | Bates v. Pfizer Inc. et al |
| CAN | 4 | 24−08934 | Armstrong et al v. Pfizer Inc et al |
| CAN | 4 | 25−00716 | Covarrubias v. Pfizer Inc et al |
| CAN | 4 | 25−00849 | Ruffalo et al v. Pfizer, Inc. et al |
| CAN | 5 | 25−00424 | Sanchez v. Pfizer, Inc. et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 24−02361 | Torres De Lira v. Pfizer Inc. et al |
| CAS | 3 | 25−00008 | Purry v. Pfizer Inc. et al |
| **INDIANA NORTHERN** | | | |
| INN | 3 | 24−00980 | Hollinger v. Pfizer Inc et al |
| INN | 3 | 25−00032 | Kraus v. Pfizer Inc. et al |

INDIANA SOUTHERN

| INS | 1 | 24−02191 | PAULSEN et al v. PFIZER INC. et al |

LOUISIANA EASTERN

| LAE | 2 | 24−02913 | Coffil v. Pfizer Inc. et al |
| LAE | 2 | 24−02927 | Powell et al v. Pfizer Inc. et al |

MASSACHUSETTS

| MA | 1 | 24−13078 | Melendez v. Pfizer Inc. et al |
| MA | 1 | 25−10057 | Maguire v. Pfizer, Inc. et al |
| MA | 1 | 25−10153 | Ahlquist v. Pfizer Inc. et al |

MINNESOTA

| MN | 0 | 25−00324 | Scherbenski v. Pfizer Inc. et al |

NEW JERSEY

| NJ | 3 | 24−11243 | BLONSKI v. PFIZER, INC. et al |

NEW YORK SOUTHERN

| NYS | 1 | 25−00833 | Curry v. Pfizer Inc. |
| NYS | 1 | 25−00835 | Homme v. Pfizer Inc. |

PENNSYLVANIA EASTERN

| PAE | 2 | 25−00037 | Burket et al v. Pfizer Inc et al |

PENNSYLVANIA MIDDLE

| PAM | 1 | 24−02208 | Markle v. Pfizer Inc. |

PENNSYLVANIA WESTERN

| PAW | 2 | 24−01732 | CYCAK v. PFIZER INC. et al |
| ~~PAW~~ | ~~2~~ | ~~25−00080~~ | ~~BONILLA v. PFIZER INC. et al~~   VACATED 2/19/25 |